AO 440 (Rev. 04/08) Civil Summons (Page 2)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,
Plaintiff
v.
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,
Defendant

Civil Action No.

CV 08 2136 SI

E-filing

**Summons in a Civil Action**

To: *(Defendant's name and address)*
DONGSOO LEE
761-4 Dowha-Dong, Nam-GU, Incheon. KOREA 402-060

A lawsuit has been filed against you.

Within __ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JEFFREY M. RATINOFF
MICHAEL K. BOSWORTH
BUCHANAN INGERSOLL & ROONEY LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (866) 461-4586
Facsimile: (650) 622-2499

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 24 2008

Helen L. Almacen

#1039824-v1

American LegalNet, Inc.
www.FormsWorkflow.com