1 | JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
2 | MICHAEL K. BOSWORTH (SBN 75887)
Email: michael.bosworth@bipc.com
3 | BUCHANAN INGERSOLL & ROONEY LLP
333 Twin Dolphin Drive, Suite 700
4 | Redwood Shores, CA 94065
Telephone: (866) 461-4586
5 | Facsimile: (650) 622-2499

6 | Attorneys for Plaintiff,
CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
7 |

FILED

APR 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILE VIA FAX

IN THE UNITED STATES OF DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation, | Case No. CV-08-2136 SI |
|---|---|
| Plaintiff, | PLAINTIFF CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.'S CERTIFICATE OF INTERESTED PARTIES [CIV. L. R. 3-16] |
| vs. | |
| DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive, | |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Plaintiff Continental D.I.A. Diamond Products, Inc. certifies that the following listed persons and entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

None

///
///
///

- 1 -

PLAINTIFF CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.'S
CERTIFICATE OF INTERESTED PARTIES [CIV. L. R. 3-16]

APR. 24. 2008 3:58PM   A & A LEGAL SERVICE 6506974640                                          NO. 4968   P. 3
Case 3:08-cv-02136-SI   Document 6   Filed 04/24/2008   Page 2 of 2

1  This certification is made to enable the Court to evaluate possible disqualification or
2  recusal.
3
4
5  Dated: April 24, 2008                      BUCHANAN INGERSOLL & ROONEY LLP
6
7                                             By: _____
                                                  JEFFREY M. RATINOFF
8                                                 MICHAEL K. BOSWORTH
                                                  Attorneys for Plaintiff
9                                                 CONTINENTAL D.I.A. DIAMOND
                                                  PRODUCTS INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

#1039859-v1                               - 2 -
PLAINTIFF CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.'S
CERTIFICATE OF INTERESTED PARTIES [CIV. L. R. 3-16]