1  JEFFREY M. RATINOFF (SBN197241)
   Email: jratinoff@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO P.C.
3  1400 Page Mill Road
   Palo Alto, CA  94304-1124
4  Telephone: (650) 251-7700
   Facsimile:  (650) 251-7739
5

6  Attorneys for Plaintiff,
   CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 08-2136 SI<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge:  Honorable Susan Illston<br><br>Complaint Filed:  April 24, 2008<br>Trial Date:         None Set |

1     TO:        CLERK OF THE COURT

2     AND TO:    DEFENDANTS DONG YOUNG DIAMOND INDUSTRIAL CO., LTD.,

3 and, DONGSOO LEE

4     **PLEASE TAKE NOTICE** that, effective April 28, 2008, Jeffrey M. Ratinoff, attorney for

5 Plaintiff Continental D.I.A. Diamond Products, Inc. in the above-captioned matter, has a new

6 address and contact information as follows:

7     JEFFREY M. RATINOFF (SBN 197241)
    Email: jratinoff@mintz.com
8     MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
9     1400 Page Mill Road
    Palo Alto, CA  94304-1124
10     Telephone: (650) 251-7700
    Facsimile:  (650) 251-7739
11

12 Dated: May 14, 2008        MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

13

14         /s/ Jeffrey M. Ratinoff
    By:  JEFFREY M. RATINOFF
15
    Attorneys for Plaintiff,
16     Continental D.I.A. Diamond Products, Inc.

4330114v.1

- 1 -

NOTICE OF CHANGE OF ADDRESS        CASE NO.: CV 08-2136 SI