1  JEFFREY M. RATINOFF (SBN197241)
   Email: jratinoff@mintz.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO P.C.
4  1400 Page Mill Road
   Palo Alto, CA  94304-1124
5  Telephone: (650) 251-7700
   Facsimile:  (650) 251-7739
6

7  Attorneys for Plaintiff,
   CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-2136 SI<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:  Honorable Susan Illston<br><br>Complaint Filed:     April 24, 2008<br>Trial Date:                None Set |
|---|---|

NOTICE OF APPEARANCE                                          CASE NO.: CV 08-2136 SI

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  **PLEASE TAKE NOTICE** that Karineh Khachatourian, of the law offices of Mintz Levin Cohn Ferris Glovsky and Popeo P.C., hereby files this Notice of Appearance in the above-referenced action as counsel for Plaintiff Continental D.I.A. Diamond Products, Inc. in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at kkhachatourian@mintz.com.

Dated: May 14, 2008             MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

                                 /s/ Karineh Khachatourian
                                By: KARINEH KHACHATOURIAN

                                Attorneys for Plaintiff,
                                Continental D.I.A. Diamond Products, Inc.

4330201v.1