# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of California

Case Number: CV08-2136

Plaintiff:
**Contininental D.I.A. Diamond Products, Inc., etc.**

vs.

Defendant:
**Dong Young Diamond Industrial Co., LTD, etc., et al**

For:
Michael K. Bosworth
Buchanan Ingersoll Rooney, LLP
333 Twin Dolphin Dr.
Suite 700
Redwood Shores, CA  94065-1418

Received by AALLEN BRYANT & ASSOCIATES, INC. on the 28th day of April, 2008 at 9:02 am to be served on **Dong Young Diamond Industrial Co., LTD, Orange County Convention Center, Orlando, FL.**

I, Ann F. Harper, being duly sworn, depose and say that on the **30th day of April, 2008** at **12:50 pm**, I:

**SERVED** the within named corporation by delivering a true copy of the **Summons and Complaint for Breach of Contract; Exhibits; Copy of Civil Cover Sheet; Plaintiff's Certificate of Interested Parties; ECF Registration Information Handout; ECF Filing Instructions; Notice of Availability of Magistrate Judge to Exercise Jurisidction; Order Setrting Initial Case Management Conference and ADR Deadlines; Judge Illston's Case Management Conference Order** at the address of **Orange County Convention Center, Orlando, FL** with the date and hour of service endorsed thereon by me to **Dong Soo Lee** as , of the within named corporation, pursuant to F.S 48.081.

**Additional Information pertaining to this Service:**
Subject identified as Dong Soo Lee but refused to accept the writs which were left at his feet.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: Asian,  Height: 5' 8",  Weight: 160,  Hair: Black,  Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Ann F. Harper
Orange County SPS #P00251

Subscribed and Sworn to before me on the 1st day of May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC-STATE OF FLORIDA

AMANDA J. TAYLOR
Comm# DD0771889
Expires 3/24/2012
Florida Notary Assn., Inc

AALLEN BRYANT & ASSOCIATES, INC.
P.O. Box 3828
Orlando, FL  32802-3828
(407) 872-0560

Our Job Serial Number: 2008008318
Ref: 1033904-23

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

AO 440 (Rev. 04/08) Civil Summons (Page 2)

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff<br>v.<br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendant | Civil Action No.<br><br>CV 08 2136 SI |

### Summons in a Civil Action

To: *(Defendant's name and address)*
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD.
761-4 Dowha-Dong, Nam-GU, Incheon. KOREA 402-060

Served: 4-30-8 12:50P

ANN F. H____
P.O. B_x ____
Orlando, FL _____
(407) 872-____
Orange SPS # _____   Osceola SPS # _____
8th Judic___ C__ S___ ___ - 1025.HAR

A lawsuit has been filed against you.

   Within __ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JEFFREY M. RATINOFF
MICHAEL K. BOSWORTH
BUCHANAN INGERSOLL & ROONEY LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (866) 461-4586
Facsimile: (650) 622-2499

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wicking
Name of clerk of court

APR 24 2008

Date: _____

Helen L. Almacen
Deputy clerk's signature

#1039818-v1

American LegalNet, Inc.
www.FormsWorkflow.com