**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                               General Court Number
Clerk                                                                                                                              415.522.2000

June 3, 2008

RE:  <u>CV 08-02136 SI</u>         <u>CONTINENTAL DIA DIAMOND-v- DONG YOUNG</u>
<u>DIAMOND INDUSTRIAL</u>

Default is entered as to defendants Dong Young Diamond Industrial Co., Ltd. And Dongsoo Lee on June 3, 2008.

                                                                RICHARD W. WIEKING, Clerk
                                                                   /s/

                                                                by<u>Yumiko Saito</u>
                                                                Case Systems Administrator

NDC TR-4  Rev. 3/89