MARC M. GORELNIK (CA State Bar No. 166833)
Email: mmgorelnik@townsend.com
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111-3834
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendants
DONG YOUNG DIAMOND INDUSTRIAL CO.,
LTD; and DONGSOO LEE


JEFFREY M. RATINOFF (CA State Bar No. 197241)
Email: JRatinoff@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.
1400 Page Mill Road
Palo Alto, CA 94304-1124
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Plaintiff
CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. cv-08-2136 SI<br><br>**STIPULATION AND ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT AND EXTENDING TIME FOR DEFENDANTS' RESPONSE TO THE COMPLAINT** |

Plaintiff served the Complaint on defendants on April 30, 2008. Plaintiff requested the Clerk's Entry of Defendants' Default on May 30, 2008, which the Clerk entered on June 3, 2008. Defendants are South Korean residents and require additional time in which to consult with counsel and prepare a response to the Complaint.

STIPULATION AND ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT AND
EXTENDING TIME FOR DEFENDANTS' RESPONSE TO THE COMPLAINT
Case No. cv-08-2136-SI

1

The Parties have agreed to terms on which the Clerk's Entry of Default will be set aside and additional time will be provided for defendants to respond to the Complaint, allowing the action to proceed on the merits. Defendants will not challenge service of the Summons and Complaint. The parties agree that defendants' response to the Complaint shall be filed and served by June 26, 2008. The previously set Case Management dates remain unchanged.

Through counsel, plaintiff and defendants stipulate that:

- the Clerk's Entry of Default shall be set aside;
- defendants' Answer or other response to the Complaint shall be filed and served by June 26, 2008; and
- the previously set Case Management dates remain unchanged.

Respectfully submitted,

TOWNSEND and TOWNSEND and CREW LLP

Dated: June 13, 2008        By        /Mark M Gorelnik/
                                      Marc M. Gorelnik
                                      Two Embarcadero Center, Eighth Floor
                                      San Francisco, California  94111-3834
                                      (415) 576-0200

                                      *Attorneys for Defendants*
                                      DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., and DONGSOO LEE

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.

Dated: June 13, 2008        By        /Jeffrey M. Ratinoff/
                                      Jeffrey M. Ratinoff
                                      1400 Page Mill Road
                                      Palo Alto, CA  94304-1124

                                      *Attorneys for Plaintiff*
                                      CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.

STIPULATION AND ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT AND EXTENDING TIME FOR DEFENDANTS' RESPONSE TO THE COMPLAINT
Case No. cv-08-2136-SI

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____
Judge Susan Illson
United States District Court

61391687 v1

STIPULATION AND ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT AND
EXTENDING TIME FOR DEFENDANTS' RESPONSE TO THE COMPLAINT
Case No. cv-08-2136-SI