1 | MARC M. GORELNIK (CA State Bar No. 166833)
Email:  mmgorelnik@townsend.com
2 | TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
3 | San Francisco, California   94111-3834
Telephone:  (415) 576-0200
4 | Facsimile:  (415) 576-0300

5 | Attorneys for Defendants
DONG YOUNG DIAMOND INDUSTRIAL CO.,
6 | LTD; and DONGSOO LEE

7 |
JEFFREY M. RATINOFF (CA State Bar No. 197241)
8 | Email:  JRatinoff@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.
9 | 1400 Page Mill Road
Palo Alto, CA   94304-1124
10 | Telephone:  (650) 251-7700
Facsimile:  (650) 251-7739
11 |
Attorneys for Plaintiff
12 | CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.

13 |

14 | IN THE UNITED STATES DISTRICT COURT

15 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 |

17 | CONTINENTAL D.I.A. DIAMOND
PRODUCTS, INC., a California corporation

Case No.  cv-08-2136 SI

18 |          Plaintiffs,

**STIPULATION AND ORDER
SETTING ASIDE CLERK'S ENTRY
OF DEFAULT AND EXTENDING
TIME FOR DEFENDANTS'
RESPONSE TO THE COMPLAINT**

19 |      v.

20 | DONG YOUNG DIAMOND INDUSTRIAL
CO., LTD., a South Korean company,
21 | DONGSOO LEE, an individual, and
DOES 1 through10, inclusive,
22 |

23 |          Defendants.

24 |

25 |      Plaintiff served the Complaint on defendants on April 30, 2008.  Plaintiff requested the Clerk's

26 | Entry of Defendants' Default on May 30, 2008, which the Clerk entered on June 3, 2008.  Defendants

27 | are South Korean residents and require additional time in which to consult with counsel and prepare a

28 | response to the Complaint.

STIPULATION AND ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT AND
EXTENDING TIME FOR DEFENDANTS' RESPONSE TO THE COMPLAINT
Case No.  cv-08-2136-SI

1

1       The Parties have agreed to terms on which the Clerk's Entry of Default will be set aside and

2 additional time will be provided for defendants to respond to the Complaint, allowing the action to

3 proceed on the merits.  Defendants will not challenge service of the Summons and Complaint.  The

4 parties agree that defendants' response to the Complaint shall be filed and served by June 26, 2008.

5 The previously set Case Management dates remain unchanged.

6       Through counsel, plaintiff and defendants stipulate that:

7     • the Clerk's Entry of Default shall be set aside;

8     • defendants' Answer or other response to the Complaint shall be filed and served by

9       June 26, 2008; and

10     • the previously set Case Management dates remain unchanged.

11                       Respectfully submitted,

12                       TOWNSEND and TOWNSEND and CREW LLP

13

14 Dated:  June 13, 2008          By        /Mark M Gorelnik/

15                       Marc M. Gorelnik
                      Two Embarcadero Center, Eighth Floor

16                       San Francisco, California   94111-3834
                      (415) 576-0200

17                       *Attorneys for Defendants*

18                       DONG YOUNG DIAMOND INDUSTRIAL CO.,
                      LTD., and DONGSOO LEE

19                       MINTZ, LEVIN, COHN, FERRIS, GLOVSKY

20                       AND POPEO P.C.

21

22 Dated:  June 13, 2008          By        /Jeffrey M. Ratinoff/

23                       Jeffrey M. Ratinoff
                      1400 Page Mill Road

24                       Palo Alto, CA  94304-1124

25                       *Attorneys for Plaintiff*
                      CONTINENTAL D.I.A. DIAMOND PRODUCTS,

26                       INC.

27

28

STIPULATION AND ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT AND
EXTENDING TIME FOR DEFENDANTS' RESPONSE TO THE COMPLAINT
Case No.  cv-08-2136-SI

2

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 | DATED: _____

4 | _____
  | Judge Susan Illson
  | United States District Court

5

6

7 | 61391687 v1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT AND
EXTENDING TIME FOR DEFENDANTS' RESPONSE TO THE COMPLAINT
Case No.  cv-08-2136-SI

3