```
                                                          FILED

 1  MARC M. GORELNIK (CA State Bar No. 166833)            08 JUN 24  PM 2:28
    Email: mmgorelnik@townsend.com
 2  TOWNSEND AND TOWNSEND AND CREW LLP                    RICHARD W. WIEKING
    Two Embarcadero Center, Eighth Floor                  CLERK, U.S. DISTRICT COURT
 3  San Francisco, California  94111-3834                 NORTHERN DISTRICT OF CALIFORNIA
    Telephone: (415) 576-0200
 4  Facsimile: (415) 576-0300

 5  ALFRED C. FRAWLEY (Maine State Bar No. 2547)
    Email: afrawley@preti.com
 6  PRETI FLAHERTY BELIVEAU & PACHIOS LLP
    One City Center
 7  P. O. Box 9546
    Portland, Maine  04112-9546
 8  Telephone: (207) 791-3230
    Facsimile: (207-221-1080
 9
    Attorneys for Defendants
10  DONG YOUNG DIAMOND INDUSTRIAL CO.,
    LTD; and DONGSOO LEE
11
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1 through10, inclusive,<br><br>Defendants. | Case No. cv-08-2136 SI<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Alfred C. Frawley of the law firm Preti Flaherty Beliveau & Pachios LLP, an active member in good standing of the bar of the State of Maine and the United States District Court for the District of Maine, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants DONG YOUNG DIAMOND INDUSTRIAL CO., LTD; and DONGSOO LEE in the above-entitled action.

In support of this application, I certify on oath that:

---

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*    1
Case No. cv-08-2136-SI

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Marc M. Gorelnik, Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California, 94111-3834.

I declare under penalty of perjury that the foregoing is true and correct..

DATED: June 23, 2008

_____
Alfred C. Frawley

61392293 v1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*            2
Case No. cv-08-2136-SI

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020528
Cashier ID: sprinka
Transaction Date: 06/24/2008
Payer Name: townsend and townsend and
--------------------------------
PRO HAC VICE
 For: townsend and townsend and
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
--------------------------------
CHECK
 Check/Money Order Num: 376425
 Amt Tendered: $210.00
--------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

082136SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | UNITED STATES DISTRICT COURT |
| 8 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 10 | CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation | Case No.  cv-08-2136 SI |
| 11 | | |
| 12 | Plaintiffs, | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION** |
| 13 | v. | **OF ATTORNEY** *PRO HAC VICE* |
| 14 | DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and | |
| 15 | DOES 1 through10, inclusive, | |
| 16 | Defendants. | |

Alfred C. Frawley, an active member in good standing of the bar of Maine, whose business address and telephone number is Preti Flaherty Beliveau & Pachios LLP, One City Center, P. O. Box 9546, Portland, Maine 04112-9546, Telephone: (207) 791-3230, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., and DONGSOO LEE,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the

1 | requirements contained in General Order No. 45, *Electronic Case Filing*.

4 | DATED: _____                    _____
                                                     Susan Illston
                                                     United States District Court Judge

6 | 61392327 v1