JUN 2 4 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1 through10, inclusive,<br><br>Defendants. | Case No.  cv-08-2136 SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Alfred C. Frawley, an active member in good standing of the bar of Maine, whose business address and telephone number is Preti Flaherty Beliveau & Pachios LLP, One City Center, P. O. Box 9546, Portland, Maine 04112-9546, Telephone: (207) 791-3230, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., and DONGSOO LEE,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the

1  requirements contained in General Order No. 45, *Electronic Case Filing*.

4  DATED: _____

*[signature: Susan Illston]*

Susan Illston
United States District Court Judge

6  61392327 v1