Marc M. Gorelnik  (Calif. Bar No. 166833)
Email:  mmgorelnik@townsend.com
**TOWNSEND and TOWNSEND and CREW LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111-3834
Telephone: 415-576-0200
Facsimile: 415-576-0300

Alfred C. Frawley, Esq. (*pro hac vice*)  (Maine Bar No. 2547)
Email:  afrawley@preti.com
William D. Hagedorn, Esq.  (Calif. Bar No. 199322)
Email:  whagedorn@preti.com
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
One City Center, P.O. Box 9546
Portland, Maine   04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111

Attorneys for Defendants/Counterclaim Plaintiffs
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
AND DONGSOO LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD, a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 08-cv-2136-SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

No such interest is known other than that of the named parties to the action.

DATED:   June 26, 2008

By:  /s/

Marc M. Gorelnik, Esq.
TOWNSEND and TOWNSEND and CREW LLP

Alfred C. Frawley, Esq. (*pro hac vice*)
William D. Hagedorn, Esq.
PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP

Attorneys for Defendant/Counterclaim Plaintiff
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
AND DONGSOO LEE

61413161 v1