JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
1400 Page Mill Road
Palo Alto, CA  94304-1124
Telephone: (650) 251-7700
Facsimile:  (650) 251-7739

Attorneys for Plaintiff/Counterclaim Defendant,
CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-2136 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**<br><br>Judge:  Honorable Susan Illston<br><br>Complaint Filed:   April 24, 2008<br>Trial Date:            None Set |
|---|---|

**STIPULATION**

WHEREAS, on April 24, 2008, Plaintiff CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. ("Continental") filed suit for trademark infringement, unfair competition and related claims against, Defendant DONG YOUNG DIAMOND INDUSTRIAL CO., LTD. ("Dong Young"), and DONGSOO LEE ("Lee") (collectively "Defendants").

WHEREAS on June 26, 2008, Defendants filed an Answer, Affirmative Defenses, and Counterclaims, Docket No. 18 ("Counterclaims").

WHEREAS, Continental's response to the Counterclaims is currently due on July 16, 2008.

WHEREAS given that the Counterclaims raise (14) fourteen causes of action, and Continental's principal has been traveling, Continental has requested an extension of time to respond;

WHEREAS, this is the first extension sought in relation to the Counterclaims, this extension is not for the purpose of delay, and the parties believe that this extension of time will not affect any dates that have been set by the Court.

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE that Continental's response to the Counterclaims filed by Defendants, which was originally due on July 16, 2008, may be filed and served up to and including July 23, 2008.

Dated: July 9, 2008        MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/ Karineh Khachatourian
By:  KARINEH KHACHATOURIAN

Attorneys for Plaintiff/Counterclaim Defendant,
Continental D.I.A. Diamond Products, Inc.

Dated: July 9, 2008        PRETI FLAHERTY BELIVEAU & PACHIOS, LLP

/s/ Alfred C. Frawley
By:  ALFRED C. FRAWLEY

Attorneys for Defendant/Counterclaim Plaintiff,
Dong Young Diamond Industrial Co., Ltd., and Dongsoo Lee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July ___, 2008

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

- 2 -
STIP. AND [PROPOSED] ORDER EXTENDING TIME FOR PL. TO RESPOND TO
COUNTERCLAIMS OF DEFENDANTS;                                    CASE NO.: CV 08-2136 SI