UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONTINENTAL D.I.A. DIAMOND
PRODUCTS, INC., a California corporation,

                 Plaintiff(s),

            v.

DONG YOUNG DIAMOND INDUSTRIAL
CO., LTD., a South Korean company,
DONGSOO LEE, an individual, and DOES 1-10,
inclusive,

                 Defendant(s).

CASE NO. CV 08-2136 SI

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*)  JAMS or a similar ADR provider for mediation.

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline  120 days from the date of this Order.

Dated: July 25, 2008

/s/ Jeffrey M. Ratinoff
Attorney for Plaintiff
CONTINENTAL D.I.A. DIAMOND
PRODUCTS, INC.

Dated: July 25, 2008

/s/ Alfred C. Frawley
Attorney for Defendant
DONG YOUNG DIAMOND INDUSTRIAL
CO., LTD., et al.

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    ☐ Non-binding Arbitration
    ☐ Early Neutral Evaluation (ENE)
    ☐ Mediation
    ☐ Private ADR

    Deadline for ADR session
    ☐ 90 days from the date of this order.
    ☐ other _____

IT IS SO ORDERED.

Dated: _____

                              THE HONORABLE SUSAN ILLSTON
                              UNITED STATES DISTRICT JUDGE

#4388161v1

American LegalNet, Inc.
www.USCourtForms.com