UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONTINENTAL D.I.A. DIAMOND
PRODUCTS, INC., a California
corporation,

        Plaintiff(s),

v.

DONG YOUNG DIAMOND
INDUSTRIAL CO., LTD., a South
Korean company, DONGSOO LEE, an
individual, and DOES 1-10, inclusive,

        Defendant(s).

Case No. CV 08-2136 SI

ADR CERTIFICATION BY
PLAINTIFF AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 24, 2008

/s/ Jeffrey Ratinoff
Jeffrey M. Ratinoff
Attorney for Plaintiff
CONTINENTAL D.I.A. DIAMOND
PRODUCTS, INC.

Dated: July 24, 2008

Vincent Salemi
President,
CONTINENTAL D.I.A. DIAMOND
PRODUCTS, INC.

#4388165v1