Marc M. Gorelnik  (Calif. Bar No. 166833)
Email: mmgorelnik@townsend.com
**TOWNSEND and TOWNSEND and CREW LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111-3834
Telephone: 415-576-0200
Facsimile: 415-576-0300

Alfred C. Frawley, Esq. (*pro hac vice*) (Maine Bar No. 2547)
Email: afrawley@preti.com
William D. Hagedorn, Esq. (*pro hac vice*) (Calif. Bar No. 199322)
Email: whagedorn@preti.com
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111

Attorneys for Defendant/Counterclaim Plaintiff
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
AND DONGSOO LEE.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>     Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD, a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>     Defendant/Counterclaim Plaintiff. | Case No. 08-cv-2136-SI<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO DISMISS IN ITS ENTIRETY**<br><br>Date:  August 29, 2008<br>Time:  9:00 a.m.<br>Location:  Courtroom 10, 19th Floor |

Plaintiff Continental D.I.A. Diamond Products, Inc. ("Continental") moved to dismiss, pursuant to Fed.R.Civ.P 12(b)(6), the Second through Fourteenth Counterclaims of Defendant/Counterclaimant Dong Young Diamond Industrial Co. Ltd. and Dongsoo Lee

1  (collectively "Dong Young"). The parties have fully briefed the issues and the Court heard oral
2  argument on August 29, 2008.

3  Rule 12(b)(6) dismissal is proper only in "extraordinary" cases. *Vahidallah v. San Diego Hous. Comm'n*, 2008 U.S. Dist. LEXIS 57113 (S.D. Cal. July 28, 2008) (citing *United States v. Redwood City*, 640 F.2d 963, 966 (9th Cir. 1981)). In evaluating a 12(b)(6) motion, the court must accept the complaint's allegations as true and construe them in the light most favorable to Plaintiff. *See, e.g.*, *Concha v. London*, 62 F.3d 1493, 1500 (9th Cir. 1995), *cert. denied*, 517 U.S. 1183, 116 S. Ct. 1710, 134 L. Ed. 2d 772 (1996). Dismissal under Rule 12(b)(6) is appropriate only where the complaint lacks a cognizable legal theory or sufficient facts to support a cognizable legal theory. *Balistreri v. Pacifica Police Dep't.*, 901 F.2d 696, 699 (9th Cir. 1990).

Viewing the allegations of the Counterclaims as true, and construing them in the light most favorable to Dong Young, the Counterclaims adequately plead cognizable causes of action. Accordingly, and for the reasons set forth by the Court at the August 29 hearing, Continental's Motion to Dismiss is DENIED IN ITS ENTIRETY.

IT IS SO ORDERED.

DATED: August __, 2008

_____
Honorable Susan Illston
United States District Court Judge

61460271 v1

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO DISMISS IN ITS ENTIRETY
Case No. 08-cv-2136-SI