Marc M. Gorelnik  (Calif. Bar No. 166833)
Email: mmgorelnik@townsend.com
**TOWNSEND and TOWNSEND and CREW LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111-3834
Telephone: 415-576-0200
Facsimile: 415-576-0300


Alfred C. Frawley, Esq. (*pro hac vice*) (Maine Bar No. 2547)
Email: afrawley@preti.com
William D. Hagedorn, Esq. (*pro hac vice*) (Calif. Bar No. 199322)
Email: whagedorn@preti.com
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111

Attorneys for Defendant/Counterclaim Plaintiff
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
AND DONGSOO LEE.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD, a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 08-cv-2136-SI<br><br>**[PROPOSED] ORDER DENYING MOTION TO STRIKE**<br><br>Date:  August 29, 2008<br>Time:  9:00 a.m.<br>Location:  Courtroom 10, 19th Floor |

[Proposed] Order Denying Motion To Strike
Case No. 08-cv-2136-SI

1    Plaintiff moves to strike the Second, Sixth, Twenty-Fourth and Twenty-Fifth affirmative
2 defenses of defendants Dong Young Diamond Industrial Co., Ltd and Dongsoo Lee (collectively
3 "Dong Young"). For the foregoing reasons, Plaintiff's Motion to Strike is DENIED.

4    Motions under Fed.R.Civ.P. 12(f) motions are disfavored. *Equine Legal Solutions, Inc. v.*
5 *Buntrock*, 2008 U.S. Dist. LEXIS 9182 (N.D. Cal. Jan. 9, 2008) (quoting *Bureerong v. Uvawas*,
6 922 F. Supp. 1450, 1478 (C.D. Cal. 1996)).  *See also Ellison v. Autozone, Inc.,* 2007 U.S. Dist.
7 LEXIS 70187 (N.D. Cal. Sept. 13, 2007) (*citing Neilson v. Union Bank of Cal., N.A.*, 290 F.
8 Supp. 2d 1101, 1152 (C.D. Cal. 2003)); *In re Wal-Mart Stores, Inc.*, 505 F. Supp. 2d 609, 614
9 (N.D. Cal. 2007); *Jadwin v. County of Kern*, 2007 U.S. Dist. LEXIS 81126, at *4 (E.D. Cal. Oct.
10 23, 2007)  ("[M]otions to strike are 'generally disfavored and not frequently granted,' for three
11 reasons: (1) the liberal pleading standard in federal practice; (2) they are often deployed as a
12 delay tactic; and (3) the prevailing view that 'a case should be tried on the proofs rather than the
13 pleadings.') (citations omitted). Before a motion to strike affirmative defenses may be granted,
14 "the Court must be convinced that there are no questions of fact, that any questions of law are
15 clear and not in dispute, and that under no set of circumstances could the defenses succeed."
16 *Levin-Richmond Terminal Corp. v. International Longshoremen's & Warehousemen's Union,*
17 *Local 10*, 751 F. Supp. 1373, 1375 (N.D. Cal. 1990) (quoting *Systems Corp. v. American Tel. &*
18 *Tel. Co.*, 60 F.R.D. 692, 694 (S.D.N.Y. 1973)).

19   Under the liberal pleading standards of the Federal Rules, Dong Young's Second, Sixth,
20 Twenty-Fourth and Twenty-Fifth affirmative defenses are sufficiently pled.

21   IT IS SO ORDERED.

DATED: August __, 2008      _____
                             Honorable Susan Illston
                             United States District Court Judge

61467481 v1

[Proposed] Order Denying Motion To Strike
Case No. 08-cv-2136-SI