Marc M. Gorelnik  (Calif. Bar No. 166833)
Email: mmgorelnik@townsend.com
**TOWNSEND and TOWNSEND and CREW LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111-3834
Telephone: 415-576-0200
Facsimile: 415-576-0300

Alfred C. Frawley, Esq. (*pro hac vice*) (Maine Bar No. 2547)
Email: afrawley@preti.com
William D. Hagedorn, Esq. (*pro hac vice*) (Calif. Bar No. 199322)
Email: whagedorn@preti.com
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111

Attorneys for Defendant/Counterclaim Plaintiff
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
AND DONGSOO LEE.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD, a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendant/Counterclaim Plaintiff. | Case No. 08-cv-2136-SI<br><br>**DECLARATION OF MARC M. GORELNIK IN SUPPORT OF DEFENDANTS' REQUEST TO ENLARGE TIME FOR FILING OPPOSITION TO MOTION TO STRIKE**<br>**(Civil L.R. 6-3)**<br><br>Date:  August 29, 2008<br>Time:  9:00 a.m.<br>Location:  Courtroom 10, 19th Floor |

I, Marc M. Gorelnik, declare:

1. I am a partner at the law firm Townsend and Townsend and Crew LLP, the attorneys for Defendant/Counterclaim Plaintiff Dong Young Diamond Industrial Co., Ltd, and Dongsoo Lee ("Dong Young") in this case, and am duly licensed to practice in the state of California. I submit this Declaration Of Marc M. Gorelnik In Support Of Defendants' Request To Enlarge Time For Filing Opposition To Motion To Strike. The following facts are within my personal knowledge and I could and would be competent to testify to them if called as a witness in this matter.

2. The request to enlarge time is made to permit the Court to make a ruling on the merits of Plaintiff's Motion to Strike. I am local counsel in this matter. I inadvertently failed to forward the second of two motions to trial counsel for response. Accordingly, a timely opposition was not filed. I became aware of the motion when Plaintiff filed its reply on the afternoon of August 14, 2008.

3. In my fifteen years of practice, I have never failed to timely file a paper on behalf of a client or needed to seek relief under Civil L.R. 6-3.

4. On seeing Plaintiff's filing of a reply, I immediately sought to reach Mr. Ratinoff, Plaintiff's counsel. He did not answer his phone, so I left a detailed message explaining the circumstances and asking for his understanding of Dong Young's late filing of an opposition. Unfortunately, I have not received a response from Mr. Ratinoff, so it is not possible to reach a stipulation on the matter.

5. I do not believe that any party is prejudiced by requested enlargement of time. The Motion to Strike substantially overlaps Plaintiff's Motion to Dismiss, which the parties' have fully and timely briefed. Dong Young's motion seeks to preserve Plaintiff's opportunity to file a reply.

6. I recognize that the Court will have one week instead of two to consider this motion after it is fully briefed. I ask for the Court's understanding, particularly in view of the

Declaration of Marc M. Gorelnik in Support of Defendants' Request To Enlarge Time For Filing Opposition To Motion To Strike - (Civil L.R. 6-3)
Case No. 08-cv-2136-SI

1

1 incremental nature of the motion to strike and the more substantive and co-pending motion to
2 dismiss.
3     7.    The parties earlier stipulated to provide Dong Young with additional time to
4 respond to the Complaint.
5     8.    The requested enlargement would not have any impact on the schedule for the
6 case.
7 I declare under the penalty of perjury under the laws of the State of California that the
8 foregoing is true and correct.
9 EXECUTED this 15th day of August, 2008, at San Francisco, California.

          /s/ Marc M. Gorelnik
          Marc M. Gorelnik

61467718 v1

Declaration of Marc M. Gorelnik in Support of Defendants' Request To Enlarge Time For Filing Opposition To Motion To Strike - (Civil L.R. 6-3)
Case No. 08-cv-2136-SI

2