Marc M. Gorelnik  (Calif. Bar No. 166833)
Email: mmgorelnik@townsend.com
**TOWNSEND and TOWNSEND and CREW LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111-3834
Telephone: 415-576-0200
Facsimile: 415-576-0300


Alfred C. Frawley, Esq. (*pro hac vice*) (Maine Bar No. 2547)
Email: afrawley@preti.com
William D. Hagedorn, Esq. (*pro hac vice*) (Calif. Bar No. 199322)
Email: whagedorn@preti.com
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111

Attorneys for Defendant/Counterclaim Plaintiff
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
AND DONGSOO LEE.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD, a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 08-cv-2136-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO FILE OPPOSITION TO MOTION TO STRIKE**<br><br>Date:  August 29, 2008<br>Time:  9:00 a.m.<br>Location:  Courtroom 10, 19th Floor |

[Proposed] Order Granting Defendants' Motion To Enlarge Time To File Opposition To Motion To Strike
Case No. 08-cv-2136-SI

1  Defendants move to enlarge for one week its time to file an opposition to Plaintiff's
2  Motion to Strike, with Plaintiff's time to file a reply also extended for one week.  It appears to the
3  Court that the interests of justice are served by the enlargement of time with no discernable
4  prejudice to any party.
5  Defendants' time to oppose Plaintiff's Motion to Strike is enlarged to August 15, 2008.
6  Plaintiff is allowed until August 22, 2008 to file a reply.
7  IT IS SO ORDERED.

DATED:  August __, 2008

_____
Honorable Susan Illston
United States District Court Judge

61467476 v1

[Proposed] Order Granting Defendants' Motion To Enlarge Time To File Opposition To Motion To Strike
Case No. 08-cv-2136-SI