1  JEFFREY M. RATINOFF (SBN197241)
   Email: jratinoff@mintz.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO P.C.
4  5 Palo Alto Square - 6th Floor
   3000 El Camino Real
5  Palo Alto, California  94306-2155
   Telephone:  (650) 251-7700
6  Facsimile:   (650) 251-7739

7  Attorneys for Plaintiff/Counterclaim Defendant,
   CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 08-2136 SI<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge:              Honorable Susan Illston<br><br>Complaint Filed:  April 24, 2008<br>Trial Date:         None Set |

NOTICE OF CHANGE OF ADDRESS                          CASE NO.: CV 08-2136 SI

TO: CLERK OF THE COURT

AND TO: DEFENDANTS DONG YOUNG DIAMOND INDUSTRIAL CO., LTD. and DONGSOO LEE

**PLEASE TAKE NOTICE** that, effective August 18, 2008, Jeffrey M. Ratinoff and Karineh Khachatourian, counsel for Plaintiff/Counterclaim Defendant Continental D.I.A. Diamond Products, Inc. in the above-captioned matter, have a new address and contact information as follows:

JEFFREY M. RATINOFF (SBN 197241)
jratinoff@mintz.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Dated:  August 19, 2008          Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/ Jeffrey M. Ratinoff
By:  JEFFREY M. RATINOFF

Attorneys for Plaintiff/Counterclaim Defendant,
Continental D.I.A. Diamond Products, Inc.

4408879v.1