JEFFREY M. RATINOFF (SBN197241)
Email: jratinoff@mintz.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Plaintiff/Counterclaim Defendant,
CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 08-2136 SI<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST TO ENLARGE TIME AND REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**<br><br>Date:         August 29, 2008<br>Time:        9:00 a.m.<br>Place:       Courtroom 10, 19th Floor<br>Judge:      Honorable Susan Illston<br><br>Complaint Filed:  April 24, 2008<br>Trial Date:           None Set |

PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST TO ENLARGE TIME AND REPLY TO
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE;          CASE NO.: CV 08-2136 SI

Plaintiff Continental D.I.A. Diamond Products, Inc. submits this brief in response to Defendants' late-filed opposition to Plaintiff's motion to strike and ex post fact request for an extension to file that opposition.  Plaintiff respectfully requests that the Court disregard the Defendants' opposition and motion for an extension of time.

While Plaintiff is sympathetic to the predicament that Defendants were in as a result of the mistake of counsel, there is a far-greater concern regarding Defendants' unwillingness to set-forth sufficient facts to support their conclusory allegations of fraud and the like in their Counterclaim and Answer as required by Federal Rules of Civil Procedure 8 and 9.  Certainly, if Defendants had facts supporting such claims and defenses, it would have been far more credible and productive for Defendants to file an amended answer rather than filing an untimely opposition that offers little more than horn book law on why motions to strike are disfavored by courts.  However, Defendants' continuing inability to articulate *any* facts to support their defenses, such as fraud, estoppel, and unclean hands, demonstrates that with certainty that those defenses are meritless and Plaintiff's motion to strike is well-taken.  Indeed, Defendants ask the Court for leave to amend if Plaintiff's motion to strike is granted, yet offer no factual basis to justify that request.  Accordingly, regardless of whether the Court considers Defendants' late-filed opposition, Plaintiff respectfully requests that the Court grant Plaintiff's motion to strike in its entirety.

Dated:  August 19, 2008          Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/ Jeffrey M. Ratinoff
By:  JEFFREY M. RATINOFF

Attorneys for Plaintiff/Counterclaim Defendant,
Continental D.I.A. Diamond Products, Inc.

#4407846v1

- 1 -

PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST TO ENLARGE TIME AND REPLY TO
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE;          CASE NO.: CV 08-2136 SI