UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/29/08

Case No.   C-08-2136 SI          Judge:   SUSAN ILLSTON

Title: CONTINENTAL DIA DIAMOND -v- DONG YOUNG DIAMOND INDUSTRIAL

Attorneys: J. Ratinoff          A. Frawley

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **1/9/09    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **8/28/09    @ 9:00 a.m.**   for Motions
(Motion due **7/24/09**, Opposition **8/7/09** Reply **8/14/09**)

Case continued to  **10/27/09  @ 3:30 p.m.**  for Pretrial Conference

Case continued to **11/9/09   @ 8:30 a.m.**  for Trial (JURY:8  Days)
Discovery Cutoff: 5/15/09  Designate Experts by: 5/29/09, Rebuttal Experts:6/19/09, Expert Discovery Cutoff:7/17/09

ORDERED AFTER HEARING:
This case shall be referred to the Court's mediation program.  The mediation session shall be completed by December 5, 2008.

Cc: ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/29/08

Case No.   C-08-2136 SI           Judge:   SUSAN ILLSTON

Title: CONTINENTAL DIA DIAMOND -v- DONG YOUNG DIAMOND INDUSTRIAL

Attorneys: J. Ratinoff        A. Frawley

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **1/9/09    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **8/28/09    @ 9:00 a.m.**   for Motions
(Motion due **7/24/09**, Opposition **8/7/09** Reply **8/14/09**)

Case continued to  **10/27/09  @ 3:30 p.m.**  for Pretrial Conference

Case continued to **11/9/09   @ 8:30 a.m.**  for Trial (JURY:8  Days)
Discovery Cutoff: 5/15/09  Designate Experts by: 5/29/09, Rebuttal Experts:6/19/09, Expert Discovery Cutoff:7/17/09

ORDERED AFTER HEARING:
This case shall be referred to the Court's mediation program.  The mediation session shall be completed by December 5, 2008.

Cc: ADR