1  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO P.C.
4  5 Palo Alto Square - 6th Floor
   Palo Alto, CA  94306-2155
5  Telephone: (650) 251-7700
   Facsimile:  (650) 251-7739
6

7  Attorneys for Plaintiff/Counterclaim Defendant,
   CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
8

9  ALFRED C. FRAWLEY (*pro hac vice*) (Maine Bar No. 2547)
   Email: afrawley@preti.com
10 WILLIAM D. HAGEDORN (*pro hac vice*) (SBN 199322)
   Email: whagedorn@preti.com
11 PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
   One City Center, P.O. Box 9546
12 Portland, Maine  04112-9546
   Telephone: (207) 791-3000
13 Facscimile: (207) 791-3111

14 Attorneys for Defendants,
   DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
15 AND DONGSOO LEE

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 3:08-CV-02136 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AND SERVE AMENDED COUNTERCLAIMS**<br><br>Judge:  Honorable Susan Illston<br><br>Complaint Filed:      April 24, 2008<br>Trial Date:                 November 9, 2009 |

**STIPULATION**

WHEREAS, on August 26, 2008, the Court granted in part Plaintiff CONTINENTAL D.I.A.

- 1 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO
FILE AND SERVE AMENDED COUNTERCLAIMS;            CASE NO.: CV 08-2136 SI

1  DIAMOND PRODUCTS, INC.'s ("Continental") Motion to Dismiss Defendants DONG YOUNG
2  DIAMOND INDUSTRIAL CO., LTD.'s ("Dong Young"), and DONGSOO LEE's ("Lee")
3  (collectively "Defendants") Counterclaims (Docket No. 42);

WHEREAS, the Court granted Defendants leave to amend and set the deadline for them to file amended counterclaims on or before September 19, 2008;

WHEREAS, due to the schedules of counsel, Continental agreed to grant Defendants a seven (7)-day extension to file their amended counterclaims;

WHEREAS, this is the second extension sought in relation to the Counterclaims, this extension is not for the purpose of delay, and the parties believe that this extension of time will not affect any dates that have been set by the Court and is in the interests of justice.

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE that Defendants' Amended Counterclaims, which were originally due on September 19, 2008, may be filed and served up to and including September 26, 2008.

Dated: September 19, 2008      MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/ Karineh Khachatourian
By: KARINEH KHACHATOURIAN

Attorneys for Plaintiff/Counterclaim Defendant,
Continental D.I.A. Diamond Products, Inc.

Dated: September 19, 2008      PRETI FLAHERTY BELIVEAU & PACHIOS, LLP

/s/ Alfred C. Frawley
By: ALFRED C. FRAWLEY

Attorneys for Defendant/Counterclaim Plaintiff,
Dong Young Diamond Industrial Co., Ltd., and Dongsoo Lee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September ___, 2008

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

4432252v.1