```
 1  JEFFREY M. RATINOFF (SBN 197241)
    Email: jratinoff@mintz.com
 2  KARINEH KHACHATOURIAN (SBN 202634)
    Email: kkhachatourian@mintz.com
 3  MINTZ LEVIN COHN FERRIS GLOVSKY
    AND POPEO P.C.
 4  5 Palo Alto Square - 6th Floor
    Palo Alto, CA  94306-2155
 5  Telephone: (650) 251-7700
    Facsimile:  (650) 251-7739
 6
 7  Attorneys for Plaintiff/Counterclaim Defendant,
    CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
 8

 9  ALFRED C. FRAWLEY (pro hac vice) (Maine Bar No. 2547)
    Email: afrawley@preti.com
10  WILLIAM D. HAGEDORN (pro hac vice) (SBN 199322)
    Email: whagedorn@preti.com
11  PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
    One City Center, P.O. Box 9546
12  Portland, Maine  04112-9546
    Telephone: (207) 791-3000
13  Facscimile: (207) 791-3111

14  Attorneys for Defendants,
    DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
15  AND DONGSOO LEE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 3:08-CV-02136 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS**<br><br>Judge:  Honorable Susan Illston<br><br>Complaint Filed:    April 24, 2008<br>Trial Date:              November 9, 2009 |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS; CASE NO.: CV 08-2136 SI

1 **STIPULATION**

2 WHEREAS, on August 26, 2008, the Court granted, in part, Plaintiff CONTINENTAL

3 D.I.A. DIAMOND PRODUCTS, INC.'s ("Continental") Motion to Dismiss Defendants DONG

4 YOUNG DIAMOND INDUSTRIAL CO., LTD.'s ("Dong Young"), and DONGSOO LEE's ("Lee")

5 (collectively "Defendants") Counterclaims (Docket No. 42);

6 WHEREAS, the Court granted Defendants leave to amend and set the deadline for

7 Defendants to file their amended counterclaims on or before September 19, 2008;

8 WHEREAS, due to the schedules of counsel, Continental agreed to grant Defendants a seven

9 (7)-day extension to file their amended counterclaims (Docket Nos. 45 and 46);

10 WHEREAS, on September 26, 2008, Defendants filed their amended counterclaims (Docket

11 No. 47).

12 WHEREAS, due to the schedules of counsel, Defendants agree to grant Continental a seven

13 (7)-day extension to file its response to the amended counterclaims;

14 WHEREAS, this is the third extension sought in relation to the counterclaim and amended

15 counterclaims, this extension is not for the purpose of delay, and the parties believe that this short

16 extension of time will not affect any dates and other deadlines that have been set by the Court and is

17 in the interests of justice.

18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

- 1 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONTINENTAL D.I.A. DIAMOND
PRODUCTS, INC. TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS; CASE NO.: CV 08-2136 SI

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE that the deadline for Continental to file its response to Defendants' Amended Counterclaims, which was originally due on October 10, 2008, may be filed and served up to and including October 17, 2008.

Dated: October 7, 2008      MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Jeffrey M. Ratinoff*
By: JEFFREY M. RATINOFF

Attorneys for Plaintiff/Counterclaim Defendant,
Continental D.I.A. Diamond Products, Inc.

Dated: October 7, 2008      PRETI FLAHERTY BELIVEAU & PACHIOS, LLP

*/s/ Alfred C. Frawley*
By: ALFRED C. FRAWLEY

Attorneys for Defendant/Counterclaim Plaintiff,
Dong Young Diamond Industrial Co., Ltd., and Dongsoo Lee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October ____, 2008

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

4445049v.2

- 2 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS; CASE NO.: CV 08-2136 SI