JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square - 6th Floor
Palo Alto, CA 94306-2155
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Plaintiff/Counterclaim Defendant,
CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
ALFRED C. FRAWLEY (*pro hac vice*) (Maine Bar No. 2547)
Email: afrawley@preti.com
WILLIAM D. HAGEDORN (*pro hac vice*) (SBN 199322)
Email: whagedorn@preti.com
PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
Telephone: (207) 791-3000
Facscimile: (207) 791-3111

Attorneys for Defendants,
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
AND DONGSOO LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>     Plaintiff,<br><br> vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>     Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 3:08-CV-02136 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**<br><br>Judge: Honorable Susan Illston<br><br>Complaint Filed: April 24, 2008<br>Trial Date:   November 9, 2009 |

1    **STIPULATION**

2         WHEREAS, on October 17, 2008, Plaintiff CONTINENTAL D.I.A. DIAMOND

3    PRODUCTS, INC. ("Continental") filed a Motion to Dismiss the First Amended Counterclaims filed

4    by DONG YOUNG DIAMOND INDUSTRIAL CO., LTD. and DONGSOO LEE (collectively

5    "Defendants") and noticed the Motion to Dismiss for oral argument on November 21, 2008 (Docket

6    No. 50);

7         WHEREAS, on October 20, 2008, the Court on its own volition issued a notice continuing

8    the hearing on Continental's Motion to Dismiss from November 21, 2008 to December 12, 2008

9    (Docket No. 53);

10        WHEREAS, pursuant to Civil L.R. 7-3(a), Defendants may now file an Opposition to

11   Continental's Motion to Dismiss on or before Friday, November 21, 2008;

12        WHEREAS, pursuant to Civil L.R. 7-3(c) and due to the Thanksgiving Holiday, Continental

13   must now file its Reply to the Opposition ("Reply") on or before Wednesday November 26, 2008;

14        WHEREAS, pursuant to Civil L.R. 7-3(c) and due to the Thanksgiving Holiday, Continental

15   now only has three court days to prepare and file a reply brief whereas it would normally have five

16   court days to prepare a reply.

17        WHEREAS, Defendants have agreed to grant Continental a two (2) court day extension to

18   file its Reply;

19        WHEREAS, this is the first extension sought by a party in relation to Continental's Motion to

20   Dismiss, this extension is not for the purpose of delay, and the parties believe that this short

21   extension of time will not affect any dates or other deadlines that have been set by the Court,

22   including the December 12, 2008 hearing date, and is in the interests of fairness.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS; CASE NO.: CV 08-2136 SI

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE that Continental's Reply to Defendants' Opposition, which was originally due on November 26, 2008, may be electronically filed and served up to and including December 2, 2008.

Dated: November 11, 2008    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Jeffrey M. Ratinoff*
_____
By: JEFFREY M. RATINOFF

Attorneys for Plaintiff/Counterclaim Defendant,
Continental D.I.A. Diamond Products, Inc.

Dated: November 11, 2008    PRETI FLAHERTY BELIVEAU & PACHIOS, LLP

*/s/ William D. Hagedorn*
_____
By: ALFRED C. FRAWLEY
WILLIAM D. HAGEDORN

Attorneys for Defendant/Counterclaim Plaintiff,
Dong Young Diamond Industrial Co., Ltd., and Dongsoo Lee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

4469761v.1

- 2 -