Jeffrey M. Ratinoff (Calif. Bar No. 197241)
Email : jratinoff@mintz.com
Karineh Khachatourian (Calif. Bar No. 202634)
Email: kkhachatourian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square, 6th Floor
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone:  (650) 251-7700
Facsimile:  (650) 251-7739

Attorneys for Plaintiff
CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC

ALFRED C. FRAWLEY, Esq. (*pro hac vice*) (Maine Bar No. 2547)
Email: afrawley@preti.com
William D. Hagedorn, Esq. (*pro hac vice*) (Calif. Bar No. 199322)
Email: whagedorn@preti.com
PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
Telephone:  (207) 791-3000
Facsimile:  (207) 791-3111

Attorneys for Defendant
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD
and DONGSOO LEE

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. CV 08-2136 SI<br><br>**STIPULATION TO EXTEND DEADLINE FOR MEDIATION**<br><br>Complaint Filed:   April 24, 2008<br>Trial Date:         None Set |

*CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. V. DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., DONGSOO LEE*
STIPULATION TO EXTEND DEADLINE FOR MEDIATION
Case No. CV 08-2136 SI                                                                                                      - 1 -

1395924.1

1    The current deadline for the parties to complete the ADR process is December 5, 2008, as

2  set in the Pretrial Preparation Order.  The parties had previously scheduled mediation before the

3  Hon. Charles A. Legge at JAMS San Francisco for December 5, 2008.  However, because of the

4  parties' disagreement over the terms of a protective order and the need to resolve the discovery

5  issues set forth in Continental's November 12, 2008 letter brief in support of its motion to compel

6  Defendants' production of documents, the parties submit that additional time is needed to resolve

7  these issues prior to participating in mediation.  Accordingly, counsel for the parties have

8  consulted and agreed to extend, with the Court's approval, the deadline for mediation until

9  January 16, 2009.  This extension is sought for good cause and will not alter any other case

10  management dates.

11                                      Respectfully submitted,

12  Dated:  November 17, 2008          MINTZ LEVIN COHN FERRIS GLOVSKY
13                                     AND POPEO P.C.

14

15                                     /s/  Jeffrey M. Ratinoff

16                                     _____
                                       By:  JEFFREY M. RATINOFF
17
                                       Jeffrey M. Ratinoff (Calif. Bar No. 197241)
                                       Email : jratinoff@mintz.com
18                                     Karineh Khachatourian (Calif. Bar No. 202634)
                                       Email: kkhachatourian@mintz.com
19                                     MINTZ LEVIN COHN FERRIS GLOVSKY
20                                     AND POPEO P.C.
                                       5 Palo Alto Square, 6th Floor
21                                     3000 El Camino Real
                                       Palo Alto, California 94306-2155
22                                     Telephone:  (650) 251-7700
                                       Facsimile:  (650) 251-7739
23

24                                     Attorneys for Plaintiff/Counterclaim Defendant,
                                       CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
25

26

27

28

*CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. V. DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., DONGSOO LEE*
STIPULATION TO EXTEND DEADLINE FOR MEDIATION                                          - 2 -
Case No. CV 08-2136 SI

1395924.1

Dated: November 17, 2008        PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP


                                 /s/ Alfred C. Frawley
                                _____
                                By: ALFRED C. FRAWLEY

                                Alfred C. Frawley, Esq. (pro hac vice) (Maine Bar No. 2547)
                                Email: afrawley@preti.com
                                William D. Hagedorn, Esq. (pro hac vice) (Calif. Bar No. 199322)
                                Email: whagedorn@preti.com
                                PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
                                One City Center, P.O. Box 9546
                                Portland, Maine 04112-9546
                                Telephone: (207) 791-3000
                                Facsimile: (207) 791-3111

                                Attorneys for Defendant/Counterclaim Plaintiff
                                DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
                                AND DONGSOO LEE


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: November ___, 2008

                                _____
                                THE HONORABLE SUSAN ILLSTON
                                UNITED STATES DISTRICT COURT JUDGE


61697332 v1