IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., DONGSOO LEE, and DOES 1-10, inclusive, <br><br> Defendants. | No. C 08-02136 SI <br><br> **ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION** |

Defendants have filed a motion for the Court to reconsider its November 26, 2008 Order [Docket No. 68] regarding plaintiff's proposed protective order. Defendants have failed to comply with Local Civil Rule No. 7-9, which requires parties to seek leave of the Court before filing such a motion. Leave would not be granted in this case, where defendants have failed to demonstrate the existence of a material difference in fact or law or a manifest failure by the Court to consider material facts or dispositive legal arguments. *See* Local Civil Rule No. 7-9(b). Defendants claim that the Court failed to consider defendants' request that foreign counsel should be afforded the same access to protected materials as U.S. counsel. The Court rejected this request, finding that defendants had not demonstrated that the Court can enforce the terms of a protective order on lawyers outside its jurisdiction. *See* Nov. 26 Order, at *2. Accordingly, defendants' motion is DENIED.

**IT IS SO ORDERED.**

Dated: 12/19/08

SUSAN ILLSTON
United States District Judge