JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square - 6th Floor
Palo Alto, CA 94306-2155
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Plaintiff/Counter-Defendant,
CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.

ALFRED C. FRAWLEY (*pro hac vice*) (Maine Bar No. 2547)
Email: afrawley@preti.com
WILLIAM D. HAGEDORN (*pro hac vice*) (SBN 199322)
Email: whagedorn@preti.com
PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, Maine 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111

Attorneys for Defendants/Counterclaimant,
DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
AND DONGSOO LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 3:08-CV-02136 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS**<br><br>Judge: Honorable Susan Illston<br><br>Complaint Filed: April 24, 2008<br>Trial Date: November 9, 2009 |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS; CASE NO.: CV 08-2136 SI

| | |
|---|---|
| 1 | **<u>STIPULATION</u>** |

2    WHEREAS, on January 15, 2009 the Court entered an order staying the case and moving the
3 case management deadlines out approximately three months (*See* Dkt. Nos. 76-79);

4    WHEREAS, on February 10, 2009 the Court granted, in part, Plaintiff Continental D.I.A.
5 Diamond Products, Inc.'s ("Continental") Motion to Dismiss Defendants' Amended Counterclaims
6 (*See* Dkt. No. 80);

7    WHEREAS, in light of the Court issuing its order during the stay, Continental and
8 Defendants (collectively the "Parties") are uncertain whether the stay effects the time for Continental
9 to respond to Defendants' Amended Answer and Counterclaims.  Presuming the stay is inapplicable,
10 Continental's response to the Amended Counterclaims is due on February 25, 2009;

11    WHEREAS, in the exercise of caution and to prevent further delay should the parties be
12 unable to resolve matters through settlement discussions, Continental intends to file its response to
13 Defendants' Amended Answer and Counterclaims.  However, due to the travel schedule of
14 Continental's President, Continental will be unable to file such a response within 10-court days as
15 required by the Federal Rules of Civil Procedure;

16    WHEREAS, Defendants have agreed to provide Continental with a 10-court day extension to
17 file its response to Defendants' Amended Answer and Counterclaims;

18    WHEREAS, this is the fifth extension sought in relation to the counterclaim and amended
19 counterclaims, this extension is not for the purpose of delay, and the parties believe that this short
20 extension of time will not effect any dates and other deadlines that have been set by the Court due to
21 the current stay imposed by the Court and is in the interests of justice. (*see* Declaration of Jeffrey M.
22 Ratinoff filed herewith);

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

- 1 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONTINENTAL D.I.A. DIAMOND
PRODUCTS, INC. TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS; CASE NO.: CV 08-2136 SI

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE that the deadline for Continental to file its response to Defendants' Amended Counterclaims, which was originally due on February 25, 2009, may be filed and served up to and including March 11, 2009.

**IT IS SO STIPULATED BY THE PARTIES.**

Dated: February 25, 2009      MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Jeffrey M. Ratinoff*

By:  JEFFREY M. RATINOFF

Attorneys for Plaintiff/Counter-Defendant,
Continental D.I.A. Diamond Products, Inc.

Dated: February 25, 2009      PRETI FLAHERTY BELIVEAU & PACHIOS, LLP

*/s/ Alfred C. Frawley*

By:  ALFRED C. FRAWLEY

Attorneys for Defendants/Counterclaimants,
Dong Young Diamond Industrial Co., Ltd., and Dongsoo Lee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

4549436v.1

- 2 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. TO RESPOND TO DEFENDANTS' AMENDED COUNTERCLAIMS; CASE NO.: CV 08-2136 SI