1  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO P.C.
4  5 Palo Alto Square - 6th Floor
   3000 El Camino Real
5  Palo Alto, California  94304
   Telephone:  (650) 251-7700
6  Facsimile:   (650) 251-7739

7  Attorneys for Plaintiff and Counter-Defendant,
   CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-2136 SI<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Honorable Susan Illston<br><br>Complaint Filed:  April 24, 2008<br>Trial Date:  February 16, 2010 |

1 **STIPULATION**

2 WHEREAS, on September 3, 2008, the Court entered a pre-trial scheduling order setting

3 various deadlines, including a case management conference for January 9, 2009 (Dkt. No. 44);

4 WHEREAS, on December 30, 2008, the Clerk of the Court issued a notice continuing the

5 case management conference to February 20, 2009 (Dkt. No. 75);

6 WHEREAS, on January 15, 2009 the Court entered an order staying the case and moving

7 the case management deadlines out approximately three months, including continuing the February

8 20, 2009 case management conference to April 17, 2009 (*See* Dkt. Nos. 76-79);

9 WHEREAS, on March 27, 2009, on its own volition, the Court continued the April 17, 2009

10 case management conference to May 8, 2009 (Dkt. No. 87);

11 WHEREAS, on April 30, 2009, on its own volition, the Court continued the May 8, 2009

12 case management conference to May 11, 2009 (Dkt. No. 89);

13 WHEREAS, lead trial counsel for Continental Diamond has a pre-planned vacation that

14 conflicts with the May 11, 2009 case management conference;

15 WHEREAS, counsel for the parties agreed that they would seek to move the case

16 management conference to a mutually agreeable date and time to accommodate the vacation

17 schedule of Plaintiff's counsel and the vacation and travel schedule of lead counsel for Defendants;

18 WHEREAS, the Court's Clerk advised the parties to file a stipulation moving the case

19 manage conference to one of several alternative times and dates in the month of May, including at

20 4:00 p.m. on May 26, 2009.

21 WHEREAS, the parties represent that this extension is not for the purpose of delay, and the

22 parties believe that this extension of time will not affect any other dates that have been set by the

23 Court.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE to this request that the currently scheduled case management conference be continued from 3:00 p.m. on May 11, 2009 to 4:00 p.m. on May 26, 2009.

Dated: May 7, 2009     MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Jeffrey M. Ratinoff*
By: JEFFREY M. RATINOFF

Attorneys for Plaintiff and Counter-Defendant
Continental D.I.A. Diamond Products, Inc.

Dated: May 7, 2009     PRETI FLAHERTY BELIVEAU & PACHIOS, LLP

*/s/ Alfred C. Frawley*
By: ALFRED C. FRAWLEY

Attorneys for Defendants and Counterclaimants,
Dong Young Diamond Industrial Co., Ltd., and Dongsoo Lee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

4610434v.2