**(14 min)**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 5/26/09

Case No.   C-08-2136 SI            Judge:   SUSAN ILLSTON

Title: CONTINENTAL  -v- DONG YOUNG DIAMOND

Attorneys: Ratinoff          Frawley (Phone)

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)  Further Case Management Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                     PART

Case continued to  **8/14/09 @ 3:00 p.m.** for Further Case Management Conference

Case continued to **12/4/09   @ 9:00 a.m.**   for Motions
(Motion due 10/30/09, Opposition 11/13/09, Reply 11/20/09 )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff: 8/14/09  Designate Experts by: 8/28/09, Rebuttal Experts:9/19/09, Expert Discovery Cutoff: 10/16/09

ORDERED AFTER HEARING:
Any amendments to the pleadings shall be done promptly.