JEFFREY M. RATINOFF (SBN 197241)
Email: jratinoff@mintz.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, California 94304
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Attorneys for Plaintiff and Counter-Defendant,
CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-2136 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR THE FILING OF CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.'S FIRST AMENDED COMPLAINT AND TO MODIFY THE PRETRIAL SCHEDULE**<br><br>Judge:  Honorable Susan Illston<br><br>Complaint Filed:   April 24, 2008<br>Trial Date:             February 16, 2010 |

1 **STIPULATION**

2   WHEREAS, Continental D.I.A. Diamond Products, Inc. ("Continental" or "Plaintiff")
3 asserts that through discovery in this action it has learned of new facts in support of existing claims
4 and new facts warranting the assertion of additional claims against Defendants Dong Young
5 Diamond Industrial Co., Ltd. and DongSoo Lee (collectively "Defendants") thereby necessitating
6 the amendment of its Complaint.

7   WHEREAS, the Court held a case management conference on May 26, 2009 and was
8 advised that Continental would be filing an amended complaint and that Continental and
9 Defendants (collectively the "parties") would likely agree to a modest extension of the current fact
10 and expert discovery deadlines in relation thereto.  *See* Dkt. Nos. 95-96.

11   WHEREAS, Continental promptly provided Defendants with a draft First Amended
12 Complaint after the May 26, 2009 Case Management Conference.

13   WHEREAS, after reviewing Continental's proposed First Amended Complaint, Defendants
14 agreed to allow Continental leave to file its First Amended Complaint with the Court.

15   WHEREAS, the parties believe that they will require an additional forty-five (45) days to
16 complete fact and expert discovery due to the filing of amended pleadings; as well as to conduct
17 third party discovery and depositions in multiple jurisdictions throughout the United States, and
18 resolve several outstanding disputes over Defendants' efforts to respond to Continental's discovery.

19   WHEREAS, the parties believe that this is only the second significant modification of the
20 Court's Pretrial Scheduling Order sought by the parties.  *See* Declaration of Jeffrey M. Ratinoff
21 filed concurrently herewith.  Previously, the parties obtained a ninety-day continuation of all dates
22 in the Pretrial Scheduling Order to facilitate settlement discussions and to avoid prejudicing the
23 Parties' discovery efforts and trial preparations during such discussions.  *Id.*

24   WHEREAS, the filing of Continental's First Amended Complaint and the parties' request to
25 extend the fact and expert discovery deadlines is not for the purpose of delay, and the parties
26 believe that this reasonable extension of time will not affect any of the other dates set by the Court's
27 most recent Pretrial Scheduling Order, including the February 16, 2010 trial date, and is in the
28 interests of fairness and in the interests of justice.  *See* Declaration of Jeffrey M. Ratinoff filed

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR THE FILING OF CONTINENTAL'S FIRST AMENDED
COMPLAINT AND TO MODIFY THE PRETRIAL SCHEDULE; CASE NO.: CV 08-2136 SI

concurrently herewith.

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE as follows:

1. Continental may file its First Amended Complaint.

2. Upon the Court's approval of this stipulation, Continental will file its First Amended Complaint within five (5) court days thereafter.

3. Per Fed. R. Civ. Pro. 15(a)(3) Defendants' response to Continental's First Amended Complaint will be due ten (10) court days after the filing of Continental's First Amended Complaint.

4. In order to avoid prejudicing the parties' discovery efforts and trial preparations, and to allow the parties sufficient time to complete fact and expert discovery, the parties agree and respectfully request that the current pre-trial scheduling order (*See* Dkt. Nos. 44-2, 78, 95-96) be modified as follows:

- The fact discovery cut-off, which is currently set for August 14, 2009, is extended to September 28, 2009;
- The deadline to designate experts, which is currently set for August 28, 2009, is extended to October 12, 2009;
- The deadline to designate rebuttal experts, which is currently set for September 19, 2009, is extended to November 5, 2009; and
- The expert discovery cut-off, which is currently October 16, 2009 is extended to November 30, 2009.

**IT IS SO STIPULATED BY THE PARTIES.**

Dated: June 16, 2009             MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

                                 */s/ Jeffrey M. Ratinoff*
                                 By:  JEFFREY M. RATINOFF

                                 Attorneys for Plaintiff and Counter-Defendant,
                                 Continental D.I.A. Diamond Products, Inc.

/ / /

/ / /

- 2 -
STIPULATION AND [PROPOSED] ORDER FOR THE FILING OF CONTINENTAL'S FIRST AMENDED COMPLAINT AND TO MODIFY THE PRETRIAL SCHEDULE; CASE NO.: CV 08-2136 SI

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 16, 2009 | PRETI FLAHERTY BELIVEAU & PACHIOS, LLP |
| 3 | | */s/ Alfred C. Frawley* |
| 4 | | By:  ALFRED C. FRAWLEY |
| 5 | | Attorneys for Defendants and Counterclaimants, Dong Young Diamond Industrial Co., Ltd., and Dongsoo Lee |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

4637194v.1