UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-2136 SI<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS' FIFTH AND SEVENTH CAUSES OF ACTION ASSERTED IN THEIR AMENDED COUNTERCLAIMS WITH PREJUDICE**<br><br>Judge: Honorable Susan Illston<br><br>Complaint Filed:  April 24, 2008<br>Trial Date:           February 16, 2010 |

Continental D.I.A. Diamond Products, Inc. ("Continental") and Dong Young Diamond Industrial Co., Ltd. and DongSoo Lee (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate that the following counterclaims asserted by Defendants against Continental in their Amended Counterclaims (Dkt. No. 113) are hereby dismissed with prejudice:

1. The Fifth Cause of Action for Intentional Interference with Prospective Economic Advantage and Punitive Damages; and

2. The Seventh Cause of Action for Commercial Defamation.

- 1 -

Continental and Defendants further stipulate that Defendants will file a further amended counterclaim removing these causes of action and the allegations related thereto within ten (10) court days of the Court's entry of dismissal. Defendants will provide Continental with a proposed amended counterclaim for review before filing.

**IT IS SO STIPULATED BY THE PARTIES.**

Dated: August 7, 2009    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

  */s/ Jeffrey M. Ratinoff*
By:   JEFFREY M. RATINOFF

Attorneys for Plaintiff and Counter-Defendant,
Continental D.I.A. Diamond Products, Inc.

Dated: August 7, 2009    PRETI FLAHERTY BELIVEAU & PACHIOS, LLP

  */s/ Alfred C. Frawley*
By:   ALFRED C. FRAWLEY

Attorneys for Defendants and Counterclaimants,
Dong Young Diamond Industrial Co., Ltd., and DongSoo Lee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

4685976v.1

- 2 -

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS' FIFTH AND SEVENTH CAUSES OF ACTION ASSERTED IN THEIR AMENDED COUNTERCLAIMS WITH PREJUDICE; CASE NO.: CV 08-2136 SI