1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-2136 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT SCHEDULE AND TRIAL DATE**<br><br>Judge:          Honorable Susan Illston<br><br>Complaint Filed:   April 24, 2008<br>Trial Date:        February 16, 2010 |

**STIPULATION**

WHEREAS, counsel for Continental D.I.A. Diamond Products, Inc. ("Continental" or "Plaintiff") and Defendants Dong Young Diamond Industrial Co., Ltd. and counsel for DongSoo Lee (collectively "Defendants") are actively engaged in settlement discussions which respective counsel believe will lead to a final resolution of this matter.

WHEREAS, counsel believe that a thirty (30) day suspension of applicable deadlines in this case will allow the parties and counsel to devote their attention and resources to a final resolution of

1  this matter, and

2  WHEREAS, the agreed upon extension of the fact and expert discovery deadlines,

3  dispositive motion deadlines and the trial date is not for the purpose of delay, and the parties believe

4  that this reasonable extension of time may well obviate the need for trial in this matter, and is in the

5  interests of fairness and in the interests of justice.

6  ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY

7  STIPULATE as follows:

8  In order to avoid prejudicing the parties' discovery efforts and trial preparations, and to

9  allow the parties to focus on settlement negotiations, the parties agree and respectfully request that

10  the current pre-trial schedule be modified as follows:

11  1.

12  2.     The fact discovery cut-off, which is currently set for October 5, 2009, is extended to

13  November 5, 2009;

14  3.     The deadline to designate experts, which is currently set for November 12, 2009, is

15  extended to December 14, 2009;

16  4.     The deadline to designate rebuttal experts, which is currently set for December 7,

17  2009, is extended to January 7, 2010; and

18  5.     The expert discovery cut-off, which is currently December 23, 2009 is extended to

19  January 25, 2010.

20  6.     The dates for dispositive motions is extended for thirty days, to the following

21  schedule:

22  • Dispositive Motions Due:  November 30, 2009

23  • Oppositions Due:  December 11, 2009

24  • Replies Due:  December 21, 2009

25  7.     The hearing on dispositive motions, which is currently December 3, 2009, is reset for

26  January 4, 15 2010, or as soon thereafter as the Court's schedule permits.

27  / / /

28  / / /

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION CASE MANAGEMENT SCHEDULE
AND TRIAL DATE                                                                 CASE NO.: CV 08-2136 SI

The pretrial conference has been continued to Tuesday, March 3/2/10 @ 3:30 p.m.

8. The trial date, which is currently February 16, 2010, is adjourned for thirty days, to March 1~~6~~15, 2010 or as soon thereafter as the Court's schedule permits

9. All other deadlines are tolled for 30 days as of the date of this stipulation.

**IT IS SO STIPULATED BY THE PARTIES.**

Dated: September 1, 2009        MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

                                */s/ Jeffrey M. Ratinoff*
                                By:  JEFFREY M. RATINOFF

                                Attorneys for Plaintiff/Counter-Defendant,
                                Continental D.I.A. Diamond Products, Inc.

Dated: September 1, 2009        PRETI FLAHERTY BELIVEAU & PACHIOS, LLP

                                */s/ Alfred C. Frawley*
                                By:  ALFRED C. FRAWLEY

                                Attorneys for Defendants/Counterclaimants,
                                Dong Young Diamond Industrial Co., Ltd., and DongSoo Lee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

4704210v1