# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-2136 SI<br><br>**FOURTH JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT SCHEDULE AND TRIAL DATE**<br><br>Judge:             Honorable Susan Illston<br><br>Complaint Filed:   April 24, 2008<br>Trial Date:        April 19, 2010 |

## STIPULATION

WHEREAS, Continental D.I.A. Diamond Products, Inc. ("Continental" or "Plaintiff") and Defendants Dong Young Diamond Industrial Co., Ltd. and DongSoo Lee (collectively "Defendants") continue to engage in settlement discussions, which respective counsel believe will lead to a final resolution of this matter;

WHEREAS, the parties have made additional progress in such settlement discussions, have reached near final agreement on terms of settlement and have taken steps to assure settlement once

- 1 -

1    reached will be effected;

2          WHEREAS, respective counsel for the parties have been and continue to be in frequent

3    contact to attempt to resolve the differences between the parties;

4          WHEREAS, the parties, mindful of this Court's interest in having this case resolved, and

5    confident of the parties' ability to resolve this highly complex matter, are diligently working to

6    reach a settlement.  However, given the complicated nature of some of the intellectual property at

7    issue and due to the continuing time-zone and communication, multi-lingual and multi-cultural

8    challenges faced by counsel for Defendants, the parties require additional time;

9          WHEREAS, counsel for the parties believe that an additional thirty (30) day suspension of

10   applicable deadlines in this case will allow the parties and counsel to continue to devote their

11   attention and resources to a final resolution of this matter,

12         WHEREAS, the parties also agree that the requirement that they participate in a settlement

13   conference before a Magistrate Judge should also be continued for thirty (30) days as the parties

14   believe that they should be able to resolve the case without Judicial Assistance and would like to

15   focus their resources and time on finalizing settlement;

16         WHEREAS, the agreed upon extension of the settlement conference, the fact and expert

17   discovery deadlines, dispositive motion deadlines and the trial date is not for the purpose of delay,

18   and the parties believe that this reasonable extension of time may well obviate the need for trial in

19   this matter, and is in the interests of fairness and judicial economy.

20         ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY

21   STIPULATE as follows:

22         In order to avoid prejudicing the parties' discovery efforts and trial preparations, and to

23   allow the parties to focus on settlement negotiations, the parties agree and respectfully request that

24   the current pre-trial schedule be modified as follows:

25         1.    The fact discovery cut-off, which is currently set for January 21, 2010, is extended to

26   February 22, 2010;

27         2.    The deadline to designate experts, which is currently set for March 1, 2010, is

28   extended to March 31, 2010;

FOURTH JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION CASE
MANAGEMENT SCHEDULE AND TRIAL DATE              CASE NO.: CV 08-2136 SI

1          3.      The deadline to designate rebuttal experts, which is currently set for March 25, 2010,

2    is extended to April 26, 2010; and

3          4.      The expert discovery cut-off, which is currently set for April 12, 2010, is extended to

4    May 12, 2010.

5          5.      The dates for dispositive motions are extended for thirty days, to the following

6    schedule:

7          •   Dispositive Motions Due:  March 17, 2010

8          •   Oppositions Due:  March 29, 2010

9          •   Replies Due:  April 7, 2010

10         6.      The hearing on dispositive motions, which is currently set for April 2, 2010, is reset

11   for May 3, 2010, or as soon thereafter as the Court's schedule permits.

12         7.      The pretrial conference, which is currently set for May 18, 2010, is adjourned for

13   thirty (30) days, to June 17, 2010 or as soon thereafter as the Court's schedule permits.

14         8.      The trial date, which is currently set for June 1, 2010, is adjourned for thirty (30)

15   days, to July 1, 2010 or as soon thereafter as the Court's schedule permits.

16         9.      The settlement conference, which is currently set for January 15, 2010 (Dkt.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

- 3 -

FOURTH JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION CASE
MANAGEMENT SCHEDULE AND TRIAL DATE          CASE NO.: CV 08-2136 SI

1 No.147), is adjourned for thirty (30) days, to February 15, 2010, subject to Magistrate Maria-Elena

2 James' availability.

3        10.     All other deadlines are tolled for thirty (30) days as of the date of this stipulation.

4        **IT IS SO STIPULATED BY THE PARTIES.**

5 Dated: December 16, 2009          MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

6

7                                   */s/ Jeffrey M. Ratinoff*
                                    By:  JEFFREY M. RATINOFF

8
                                    Attorneys for Plaintiff/Counter-Defendant,
9                                   Continental D.I.A. Diamond Products, Inc.

10

11 Dated: December 16, 2009         PRETI FLAHERTY BELIVEAU & PACHIOS, LLP

12
                                    */s/ Alfred C. Frawley*
13                                  By:  ALFRED C. FRAWLEY

14                                  Attorneys for Defendants/Counterclaimants,
15                                  Dong Young Diamond Industrial Co., Ltd., and DongSoo Lee

16

17        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19 Dated:

20

21

22

23        THE HONORABLE SUSAN ILLSTON
          UNITED STATES DISTRICT COURT JUDGE

24

25 4791943v.1

26

27

28

- 4 -

FOURTH JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION CASE
MANAGEMENT SCHEDULE AND TRIAL DATE          CASE NO.: CV 08-2136 SI