UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, DONGSOO LEE, an individual, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-2136 SI<br><br>**SIXTH JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT SCHEDULE**<br><br>Judge: Honorable Susan Illston<br><br>Complaint Filed: April 24, 2008<br>Trial Date: July 1, 2010 |

**STIPULATION**

WHEREAS, Continental D.I.A. Diamond Products, Inc. ("Continental" or "Plaintiff") and Defendants Dong Young Diamond Industrial Co., Ltd. and DongSoo Lee (collectively "Defendants") continue to engage in settlement discussions, which respective counsel believe will lead to a final resolution of this matter;

WHEREAS, the parties have reached near final agreement on terms of settlement with the exception of one remaining issue that is the subject of continued negotiations and counsel has taken

steps to assure settlement once reached will be effected;

WHEREAS, respective counsel for the parties have been and continue to be in frequent contact to attempt to resolve the differences between the parties;

WHEREAS, the parties, mindful of this Court's interest in having this case resolved, and confident of the parties' ability to resolve this highly complex matter, are diligently working to finalize the settlement agreement. However, given the complicated nature of the one remaining intellectual property issue and due to the continuing time-zone and communication, multi-lingual and multi-cultural challenges faced by counsel for Defendants, the parties require a small amount of additional time;

WHEREAS, counsel for the parties believe that an additional fifteen (15) day suspension of applicable deadlines in this case will allow the parties and counsel to continue to devote their full attention and resources to a final resolution of this matter;

WHEREAS, the agreed upon extension of the fact and expert discovery deadlines, and dispositive motion deadlines is not for the purpose of delay, and the parties believe that this reasonable extension of time may well obviate the need for trial in this matter, and is in the interests of fairness and judicial economy.

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE as follows:

In order to avoid prejudicing the parties' discovery efforts and trial preparations, and to allow the parties to focus on settlement negotiations, the parties agree and respectfully request that the current pre-trial schedule be modified as follows:

1. The fact discovery cut-off, which is currently set for March 9, 2010, is extended to March 24, 2010;

2. The deadline to designate experts, which is currently set for April 15, 2010, is extended to April 30, 2010;

3. The deadline to designate rebuttal experts, which is currently set for May 11, 2010, is extended to May 26, 2010; and

//

1. 4. The expert discovery cut-off, which is currently set for May 27, 2010, is extended to June 11, 2010.

5. The dates for dispositive motions are extended for fifteen (15) days, to the following schedule:

- Dispositive Motions Due: May 7, 2010
- Oppositions Due: May 21, 2010
- Replies Due: May 28, 2010

6. The hearing on dispositive motions, which is currently set for May 21, 2010, is reset for June 11, 2010, or as soon thereafter as the Court's schedule permits.

7. All other deadlines are tolled for fifteen (15) days as of the date of this stipulation.

**IT IS SO STIPULATED BY THE PARTIES.**

Dated: February 9, 2010    K&L GATES LLP

_/s/ Jeffrey M. Ratinoff_
By: JEFFREY M. RATINOFF

Attorneys for Plaintiff/Counter-Defendant,
Continental D.I.A. Diamond Products, Inc.

Dated: February 9, 2010    PRETI FLAHERTY BELIVEAU & PACHIOS, LLP

_/s/ Alfred C. Frawley_
By: ALFRED C. FRAWLEY

Attorneys for Defendants/Counterclaimants,
Dong Young Diamond Industrial Co., Ltd., and DongSoo Lee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

Pretrial Conference: 6/29/10 @ 3:30 p.m.

Jury Trial: 7/12/10 @ 8:30 a.m.

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

SIXTH JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION CASE
MANAGEMENT SCHEDULE                                    CASE NO.: CV 08-2136 SI