1  JEFFREY M. RATINOFF (SBN 197241)
   Email: jeffrey.ratinoff@klgates.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@klgates.com
3  K&L GATES LLP
   630 Hansen Way
4  Palo Alto, CA  94304
   Telephone: (650) 798-6700
5  Facsimile: (650) 798-6701

6  Attorneys for Plaintiff/Counter-Defendant,
   CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
7

8  ALFRED C. FRAWLEY (*pro hac vice*) (Maine Bar No. 2547)
   Email: afrawley@preti.com
9  WILLIAM D. HAGEDORN (*pro hac vice*) (SBN 199322)
   Email: whagedorn@preti.com
10 PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
   One City Center, P.O. Box 9546
11 Portland, Maine  04112-9546
   Telephone: (207) 791-3000
12 Facscimile: (207) 791-3111

13 Attorneys for Defendants,
   DONG YOUNG DIAMOND INDUSTRIAL CO., LTD,
14 AND DONGSOO LEE

15

## UNITED STATES DISTRICT COURT

16

## NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18 CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC., a California corporation, | Case No. CV 08-2136 SI |
| 19 | **STIPULATED INJUNCTION AND CONSENT DECREE** |
| 20 Plaintiff, | |
| 21 vs. | Judge:     The Honorable Susan Illston |
| 22 DONG YOUNG DIAMOND INDUSTRIAL CO., LTD., a South Korean company, | |
| 23 DONGSOO LEE, an individual, and DOES 1-10, inclusive, | |
| 24 | |
| 25 Defendants. | |
| 26 | |
| 27 AND RELATED COUNTERCLAIMS. | |

28

1    WHEREAS, Plaintiff and Counter-Defendant Continental D.I.A. Diamond Products, Inc.

2    ("Continental" or "Plaintiff"), Defendants and Counterclaimants Dong Young Diamond Industrial

3    Co., Ltd. and Defendant DongSoo Lee (collectively "Defendants") have resolved the disputed

4    between them in this civil action through a confidential settlement agreement, executed on February

5    24, 2010 ("the Settlement Agreement"), hereby stipulate and consent pursuant to Fed. R. Civ. P.

6    41(a)(1)(ii), 41 (c), and 54, by their undersigned counsel, to the following stipulated permanent

7    injunction and consent decree (the "Stipulated Injunction"):

8        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

9        1.    This Court has jurisdiction over the parties to this Stipulated Injunction and the

10   subject matter of this Civil Action.

11       2.    Venue properly lies in this Court to adjudicate the issues set forth in this Civil

12   Action.

13       3.    Continental is the owner of all rights throughout the United States of America to the

14   trademark and trade name and logo comprising "Continental D.I.A. Diamond Products, Inc."

15   ("Trade Name" or "Continental Logo") at common law from and after said date.  A true and correct

16   copy of the Continental Logo is attached hereto as Exhibit A.

17       4.    Continental has acquired trademark rights to and is the owner of all rights throughout

18   the United States of America to the following trademarks: "TERMINATOR", Reg. No. 2,497,482;

19   "TERMINATOR XTREME", Reg. No. 3,028,708; "TERMINATOR G5", Reg. No. 3,083,811; and

20   "TERMINATOR ZOOM", Reg. No. 3,581,253 (hereinafter collectively referred to as "the

21   TERMINATOR® marks").  True and correct copies of these registration certificates are attached

22   hereto as Exhibits B through E.

23       5.    Continental has acquired trademark rights to and is the owner of all rights throughout

24   the United States of America of certain distinctive flame pattern trademarks, both at common law

25   from and further by virtue of registration with the United States Patent and Trademark Office,

26   including Flame Pattern Mark, Reg. No. 3,500,842, (collectively "Terminator Flame Marks").  True

27   and correct copies of the Terminator Flame Marks are attached as Exhibits F-I and the registration

28   certificate is attached hereto as Exhibit J.

- 1 -

1   6.    Continental is the author and owner of the copyrights in the distinctive flame

2   patterns, registered as Certificate of Registration Nos. VA0001225714 and VA0001244829.  True

3   and correct copies of which attached hereto as Exhibits K and L.

4   7.    Continental's rights referred to herein in Paragraphs 3-6 are good and valid in law

5   and equity.

6   8.    Continental owns certain confidential and proprietary information identified in the

7   Parties' Settlement Agreement ("Proprietary Information") that Defendants were contractually

8   bound not to discuss, disclose or use other than as provided by agreement between the parties.

9   9.    Dong Young Diamond Industrial Co., Ltd. and DongSoo Lee, and their parents,

10  subsidiaries, affiliates, shareholders, officers, directors, agents, servants, employees, privies, heirs,

11  successors, assigns and all persons in active concert or participation with them, shall be and are

12  hereby and forever restrained and enjoined as follows:

13       a.    Defendants shall not copy, disseminate, reproduce, affix or use any of

14  Continental's trade name, logos, marks and copyrights identified in Exhibits A through L (the

15  "Continental Marks and Copyrights") in any manner or for any commercial purpose, including but

16  not limited in the solicitation of actual or potential customers;

17       b.    Defendants shall not disseminate or use images of any of the products

18  identified in the Settlement Agreement ("Continental Products") in any manner or for any

19  commercial purpose other than for comparative advertising to the extent permitted under

20  California's Unfair Competition Law, Cal. Bus. & Prof Code §§ 17200 *et seq*., and the Lanham Act,

21  15 U.S.C. §§ 1051 *et seq*.;

22       c.    Defendants shall not discuss, disclose or use any of Continental's Proprietary

23  Information;

24       d.    Defendants shall not manufacture or sell products identical in color,

25  appearance and design, or specification (including bond formulae and diamond concentration) to the

26  Continental Products and shall not use or infringe upon Continental's Proprietary Information in the

27  manufacturing or sale of Defendants' products;

28       e.    Defendants shall not make any statements or representations concerning

Continental or the Continental Products that would lead actual or potential customers to believe that Defendants have access to or the right to use any of Continental's Proprietary Information;

   f. Defendants shall not engage in any conduct or make any representations that would lead actual or potential customers to believe that Defendants manufacture any products for Continental, that Defendants were or are a source of the Continental Products, and shall not otherwise make statements that are likely to cause consumer confusion concerning the source of the Continental Products;

   g. Defendants shall either destroy or turn over to Continental all documents, electronic files and things evidencing, reflecting or containing Continental's Proprietary Information within fifteen (15) court days of entry of this Stipulated Injunction;

   h. Defendants shall destroy all molds used to manufacture any Continental Products within fifteen (15) court days of entry of this Stipulated Injunction; and

   i. Defendants shall destroy all products and materials bearing any of the Continental Marks and Copyrights within fifteen (15) court days of entry of this Stipulated Injunction.

  10. In the event Defendants violate the aforementioned permanent injunction, or in the event of a default for non-payment as set forth in the Settlement Agreement that is not cured within fifteen (15) court days thereof, Continental shall be entitled to further entry of a final judgment as follows:

   a. Final judgment shall be entered in favor of Plaintiff and against Defendants on Plaintiff's claims for breaches of contract, copyright infringement (17 U.S.C. § 101 et. seq.), trademark infringement (15 U.S.C. § 1114); unfair competition (15 U.S.C. § 1125(a)), and unfair business practices (Cal. Bus. & Prof. Code § 17200 et. Seq.); and

   b. Final judgment shall be entered in favor of Plaintiff against Defendants in the amount of one million three hundred thousand U.S. Dollars ($1.3 million USD), inclusive of all damages and costs, and with each party to bear its own attorneys' fees to this date (subject to any allocation of attorneys' fees for post-judgment activities as law may allow).

  11. Continental and Defendants respectfully request that the Court direct the parties to

perform each of the obligations set forth in the parties' Settlement Agreement, and incorporate the terms of the Settlement Agreement into the Stipulated Injunction by reference. Continental and Defendants further request that the Court expressly retain jurisdiction over them for the purposes of enforcing this Stipulated Injunction and the parties' Settlement Agreement, as well as entry of a further judgment enumerated in Paragraph 10, if required.

12. All remaining claims for relief in this action, including all counterclaims by Defendants, are hereby dismissed with prejudice, and with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: February 26, 2010     K&L GATES LLP


        */s/ Jeffrey M. Ratinoff*
By: JEFFREY M. RATINOFF

Attorneys for Plaintiff/Counter-Defendant,
Continental D.I.A. Diamond Products, Inc.

Dated: February 26, 2010     PRETI FLAHERTY BELIVEAU & PACHIOS, LLP


        */s/ Alfred C. Frawley*
By: ALFRED C. FRAWLEY

Attorneys for Defendants/Counterclaimants,
Dong Young Diamond Industrial Co., Ltd., and DongSoo Lee


**<u>ATTESTATION PURSUANT TO GENERAL ORDER 45</u>**

Concurrence in the filing of this document has been obtained from the other signatory.

Dated: February 26, 2010     K&L GATES LLP


        */s/ Jeffrey M. Ratinoff*
By: JEFFREY M. RATINOFF

Attorneys for Plaintiff/Counter-Defendant,
Continental D.I.A. Diamond Products, Inc.

- 4 -

**JUDGMENT**

**NOW, THEREFORE, PURSUANT TO STIPULATION, IT IS SO ORDERED,**

**ADJUDGED AND DECREED THAT** a permanent injunction be entered in the form identified

above against Defendants and Counterclaimant Dong Young Diamond Industrial Co., Ltd. and

Defendant DongSoo Lee (collectively "Defendants") in favor of Plaintiff and Counter-Defendant

Continental D.I.A. Diamond Products, Inc. ("Continental" or "Plaintiff"). Subject to the terms

governing the entry of judgment in favor of Plaintiff against Defendants, all remaining claims for

relief in the above-captioned action, including all counterclaims by Dong Young Diamond

Industrial Co., Ltd. and DongSoo Lee, are hereby dismissed with prejudice, with each party to bear

its own fees and costs.

Continental and Defendants are hereby directed to perform each of the obligations set forth

in the parties' Settlement Agreement executed on February 24, 2010, the terms of which are

incorporated herein by reference. This Court shall retain personal and exclusive jurisdiction over

Continental and Defendants for the purpose of enforcing or interpreting any portion of the

Stipulated Injunction or Settlement Agreement. Said jurisdiction may be invoked by or against any

party hereto by filing a limited request to re-open Case No. CV 08-2136 SI, which request shall

specifically identify the provision of the Stipulated Injunction or Settlement Agreement in question

and the nature of the dispute or disagreement.

Dated:   3/1/10

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

EXHIBIT A



EXHIBIT B

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

Reg. No. 2,497,482

## United States Patent and Trademark Office

Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## TERMINATOR

CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. (CALIFORNIA CORPORATION)
3021 TEAGARDEN STREET
SAN LEANDRO, CA 945775720

FOR: DIAMOND CONTAINING POWER SAW BLADES, BITS FOR POWER DRILLS AND POWER GRINDING WHEELS ALL FOR USE IN THE MARBLE, GRANITE, CONCRETE, ASPHALT, ROOFING AND TILE INDUSTRY, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 12-0-1997; IN COMMERCE 12-0-1997.

SER. NO. 75-648,086, FILED 2-25-1999.

ANDREW BAXLEY, EXAMINING ATTORNEY

EXHIBIT C

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

Reg. No. 3,028,708

## United States Patent and Trademark Office

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# TERMINATOR XTREME

CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. (CALIFORNIA CORPORATION)
SUITE 18
1300 INDUSTRIAL ROAD
SAN CARLOS, CA 940704130

FOR: POWER SAW BLADES CONTAINING DIA-MONDS, BITS FOR POWER DRILLS CONTAINING DIAMONDS, POWER GRINDING WHEELS CON-TAINING DIAMONDS AND POLISHING PADS CONTAINING DIAMONDS, ALL FOR USE IN THE MARBLE, GRANITE, CONCRETE, ASPHALT, ROOFING AND TILE INDUSTRY, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-13-2004; IN COMMERCE 9-13-2004.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,497,482.

SER. NO. 78-516,409, FILED 11-12-2004.

GIANCARLO CASTRO, EXAMINING ATTORNEY

EXHIBIT D

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

Reg. No. 3,083,811

## United States Patent and Trademark Office

Registered Apr. 18, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# TERMINATOR G5

CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. (CALIFORNIA CORPORATION)
SUITE 18
1300 INDUSTRIAL ROAD
SAN CARLOS, CA 940704130

FOR: POWER SAW BLADES CONTAINING DIAMONDS, BITS FOR POWER DRILLS CONTAINING DIAMONDS, POWER GRINDING WHEELS CONTAINING DIAMONDS AND POLISHING PADS CONTAINING DIAMONDS, ALL FOR USE IN THE MARBLE, GRANITE, CONCRETE, ASPHALT, ROOFING AND TILE INDUSTRY, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 5-4-2004; IN COMMERCE 5-4-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,497,482.

SN 78-516,408, FILED 11-12-2004.

GIANCARLO CASTRO, EXAMINING ATTORNEY

EXHIBIT E

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

United States Patent and Trademark Office

Reg. No. 3,581,253
Registered Feb. 24, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# TERMINATOR ZOOM

CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. (CALIFORNIA CORPORATION)
653 PILGRIM DRIVE
FOSTER CITY, CA 94404

FOR: POWER-OPERATED TOOLS AND ACCESSORIES FOR USE IN THE MARBLE, GRANITE, CONCRETE, ASPHALT, ROOFING AND TILE INDUSTRIES, NAMELY, POWER SAW BLADES CONTAINING DIAMONDS, BITS FOR POWER DRILLS CONTAINING DIAMONDS, POWER GRINDING WHEELS CONTAINING DIAMONDS, PROFILE WHEELS CONTAINING DIAMONDS, FINGER BITS CONTAINING DIAMONDS AND POLISHING PADS CONTAINING DIAMONDS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 7-29-2007; IN COMMERCE 7-29-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,497,482, 3,028,708, AND 3,083,811.

SN 77-241,273, FILED 7-27-2007.

KIMBERLY FRYE, EXAMINING ATTORNEY

EXHIBIT F



EXHIBIT G



EXHIBIT H



EXHIBIT I



Cutting



**CONTINENTAL**

**DIAMOND PRODUCTS, INC.**

*...Engineering Innovation*



**TERMINATOR®**
**DIAMOND PRODUCTS**

HOME

WHAT'S NEW

PRODUCTS

WHERE TO BUY

CONTACT US

## CUTTING – Bridge Saw Blades

**TERMINATOR ZOOM 25 MM SILENT CORE BRIDGE SAW BLADES**



EXHIBIT J

## TRADEMARK
### PRINCIPAL REGISTER



CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC. (CALIFORNIA CORPORATION)
653 PILGRIM DRIVE
FOSTER CITY, CA 94404

FOR: DIAMOND CONTAINING POWER SAW BLADES FOR USE IN THE MARBLE GRANITE, CONCRETE, ASPHALT, ROOFING AND TILE INDUSTRY, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 7-9-2007; IN COMMERCE 7-9-2007.

THE MARK CONSISTS OF A FLAME PATTERN ON THE FACE OF A SAW BLADE.

SER. NO. 77-241,277, FILED 7-27-2007.

KIMBERLY FRYE, EXAMINING ATTORNEY

EXHIBIT K

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1-225-714**

EFFECTIVE DATE OF REGISTRATION

**APR 16 2004**

Month       Day       Year

---

**DO NOT ... IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

FLAME PATTERN

**NATURE OF THIS WORK ▼** See Instructions

**Previous or Alternative Titles ▼**

NONE

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

N/A

If published in a periodical or serial give **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

a CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in CALIFORNIA

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**
1999
This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month MAY   Day 31   Year 1999   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

CONTINENTAL D.I.. DIAMOND PRODUCTS, INC.
1300 Industrial Road, Suite 1B
San Carlos, CA 94070-4130

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

N/A

**APPLICATION RECEIVED**
APR 16 2004
**ONE DEPOSIT RECEIVED**
APR 16 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

   NONE

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   N/A

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

   N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

   Maria Salemi
   653 Pilgrim Drive
   Foster City, CA 94404

Area code and daytime telephone number  650-454-7494          Fax number  650-345-6099

Email  msalemi5@aol.com

**8**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Continental P.T.A. Diamond Products, Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

   Maria Salemi                                      Date  April 13, 2004

Handwritten signature (X) ▼

X  Maria Salemi

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
   Maria Salemi
Number/Street/Apt ▼
   653 Pilgrim Drive
City/State/ZIP ▼
   Foster City, CA 94404

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. Government Printing Office: 2003-496-605/60,026





EXHIBIT L

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-244-829

EFFECTIVE DATE OF REGISTRATION

MAR 7 2005
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

FLAME PATTERN

**NATURE OF THIS WORK ▼** See Instructions

**Previous or Alternative Titles ▼**

NONE

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

N/A

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in California

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**
2004
Year   This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month SEPTEMBER   Day 13   Year 2004
USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONTINENTAL D.I.A. DIAMOND PRODUCTS, INC.
1300 Industrial Road, Suite 18
San Carlos, CA 94070-4130

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

N/A

APPLICATION RECEIVED
MAR 07 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 07 2005
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

NONE

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work, and in which copyright is claimed. ▼

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                        **Account Number** ▼

N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Maria Salemi
653 Pilgrim Drive
Foster City, CA 94404

Area code and daytime telephone number ( 650 ) 464-7494          Fax number   650 345-6099

Email  msalemi54@aol.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Continental D.I.A. Diamond Product

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Maria Salemi                                          Date  January 21, 2005

Handwritten signature (X) ▼
X _Maria Salemi_

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Maria Salemi
**Number/Street/Apt** ▼
653 Pilgrim Drive
**City/State/ZIP** ▼
Foster City, CA  94404

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

9

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

